UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In the matter of the search of | : | CASE NO.: 1:12-mj-126 |
| | : | |
| | : | MAGISTRATE JUDGE LITKOVITZ |
| | : | |
| 810 Matson Place #702 | : | **MOTION TO UNSEAL** |
| | : | **SEARCH WARRANT** |

---

The United States respectfully requests that the Court unseal the Search Warrant and any other pleadings previously filed under seal in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street; Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the Search Warrant and any other pleadings previously filed under seal in the above-numbered case shall now be unsealed.

10/23/12
DATE

HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge